IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND LEE HUFFMAN, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.  05-192 GMS |
| v. | ) | |
| | ) | |
| NEW CASTLE COUNTY | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

It appearing from the court file and docket that no summonses have been issued in the above-captioned matter for the defendant, and the 120-day limit for the completion of service in this case having expired and the defendant not having been served within that time period,

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this order, as to why the above-captioned case should not be dismissed without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.


Dated: August 12, 2005                         /s/ Gregory M. Sleet
                                               UNITED STATES DISTRICT JUDGE