IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND LEE HUFFMAN, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-192 GMS |
| | ) | |
| NEW CASTLE COUNTY | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

WHEREAS, on April 4, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on August 12, 2005, the court entered an Order (D.I. 2) for the plaintiff to show good cause, in writing, within thirty (30) days of the date of the Order, as to why the above-captioned case should not be dismissed without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and

WHEREAS, to date, the court's docket reflects that the plaintiff has not shown cause and has had no further contact with the court.

IT IS HEREBY ORDERED that:

1.  The above-captioned civil action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.


September 16,  2005                                            /s/ Gregory M. Sleet
                                                               UNITED STATES DISTRICT JUDGE