## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND LEE HUFFMAN, JR., | : | Civil Action Number: 1:05-cv-192-GMS |
| | : | |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| NEW CASTLE COUNTY, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, RAYMOND LEE HUFFMAN, JR., by and through his undersigned counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action, **with prejudice**, against Defendant, NEW CASTLE COUNTY, with each party to bear its own fees and costs.

**RICHARD R. WIER, JR., P.A.**

Dated: _7/20_____, 2005          By: _____
                                      Richard R. Wier, Jr. (#716)
                                      Daniel W. Scialpi (#4146)
                                      1220 Market Street
                                      Suite 600
                                      Wilmington, DE  19801
                                      (302) 888-3222
                                      dscialpi@wierlaw.com

                                      Attorney for Plaintiff